IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEVE LUNDBORG, | ) | CIVIL 09-00544-DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MAUI COUNTY; CHIEF OF | ) | |
| POLICE FOR MAUI COUNTY | ) | |
| THOMAS PHILLIPS; MOANA M. | ) | |
| LUTEY; JOHN/JANE DOE MAUI | ) | |
| COUNTY POLICE EMPLOYEES | ) | |
| #1-20 OF MAUI COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on December 21, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO DENY AS UNTIMELY PLAINTIFF'S

OPPOSITION TO DEFENDANTS' BILL OF COSTS," Document No. 72, are

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 25, 2011.



_____
David Alan Ezra
United States District Judge


Steve Lundborg vs. Maui County, et al., Civil No. 09-00544 DAE-KSC; ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION